IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

J&J SPORTS PRODUCTIONS, INC. as Broadcast
Licensee of the May 1, 2010 Mayweather/Mosley
Broadcast

PLAINTIFF

v.　　　　　　　　　　　Case No. 2:11-CV-02016

WILLIAM R. GARNER, JR., Individually and as officer,
director, shareholder and/or principal of Port City Athletic
Club, Inc. d/b/a Hangin Judge Saloon; and PORT CITY
ATHLETIC CLUB, INC. d/b/a Hangin Judge Saloon

DEFENDANTS

## CONSENT JUDGMENT

Plaintiff, J & J SPORTS PRODUCTIONS, INC., by their attorneys, LONSTEIN LAW OFFICE, P.C., Julie Cohen Lonstein, of counsel, and Defendants, hereby agree to the entry of judgment in favor of Plaintiff and against Defendants, WILLIAM R. GARNER, JR., Individually, and as officer, director, shareholder, and/or principal of PORT CITY ATHLETIC CLUB, INC., d/b/a HANGIN JUDGE SALOON, and PORT CITY ATHLETIC CLUB, INC., d/b/a HANGIN JUDGE SALOON, for the sum of FIFTEEN THOUSAND ($15,000.00) DOLLARS, in accordance with the Affidavit of Confession of Judgment by William R. Garner, Jr., executed on June 4, 2012 (doc. 26) and the Consent Judgment filed by the parties on June 7, 2012 (doc. 25), for Defendants' unauthorized showing of the May 1, 2010, Mayweather/Mosley Broadcast within the commercial establishment known as Hangin Judge Saloon located at 301 Garrison Avenue, Fort Smith AR 72901 in violation of 47 U.S.C. §605, et seq.

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC. | PORT CITY ATHLETIC CLUB, INC., d/b/a HANGIN JUDGE SALOON |
| /s/ Julie Cohen Lonstien<br>Julie Cohen Lonstein, Esq.<br>Attorney for Plaintiff<br>LONSTEIN LAW OFFICE, P.C.<br>Office and P.O. Address<br>80 North Main St., P.O. Box 351<br>Ellenville, NY  12428<br>Telephone:  (845) 647-8500<br>Facsimile:  (845) 647-6277<br>Email: Legal@signallaw.com | /s/ William R. Garner, Jr.<br>William R. Garner, Jr., individually and as owner of<br>PORT CITY ATHLETIC CLUB, INC., d/b/a HANGIN JUDGE SALOON<br>301 Garrison Avenue<br>Fort Smith, AR 72901 |

So adjudged this 20th day of June, 2012.

/s/ P. K. Holmes, III

P.K. HOLMES, III
CHIEF U.S. DISTRICT JUDGE

-2-